IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHEROD LAMAR OWINGS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D15-5301

Opinion filed January 12, 2016.

An appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Rodney G. Gregory, Vanessa Z. Newtson, Derek T. Maines and Tamisha Blake, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Petitioner requests that the Court undertake belated certiorari review of the September 3, 2015, circuit court orders of which no timely review was sought. As the Court is without authority to grant belated certiorari review, the request is

denied. Petitioner's alternative motion for leave to withdraw the petition for writ of certiorari is granted and the proceeding is dismissed in accordance with Florida Rule of Appellate Procedure 9.350(b).

THOMAS, SWANSON, and MAKAR, JJ., CONCUR.